**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **GERARDO MANUEL GUZMAN CASTILLO,** | § § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **WARDEN, ERO EL PASO CAMP EAST MONTANA;** **MARY DE ANDA-YBARRA,** *in her official capacity as Field Office Director, El Paso Field Office, U.S. Immigration and Customs Enforcement*; **TODD M. LYONS,** *in his official capacity as Director of Immigration and Customs Enforcement*; **MARKWAYNE MULLIN,** *in his official capacity as Secretary of Homeland Security*; **U.S. DEPARTMENT OF HOMELAND SECURITY; and** **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** | § § § § § § § § § § § § § § § § § § § | **EP-26-CV-00355-DCG** |
| *Respondents*. | § § | |

## ORDER SUBSTITUTING RESPONDENT

The Court **DIRECTS** the Clerk of Court to **SUBSTITUTE** Current DHS Secretary

Markwayne Mullin in Former Secretary Kristi Noem's place as a named Respondent in this suit.[1]

---

[1] *Compare* Pet., ECF No. 1, at 5 ("Respondent Kristi Noem is the Secretary of Homeland Security and is . . . sued in her official capacity."), *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party.  Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

- 2 -

**So ORDERED and SIGNED this 9th day of April 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**